JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANCE DARNELL DEAN,<br><br>PLAINTIFF(S)<br>v.<br><br>JIM ROBERTSON,<br><br>DEFENDANT(S) | CASE NUMBER<br><br>2:20-04567 RGK (ADS)<br><br>ORDER RE REQUEST TO PROCEED<br>IN FORMA PAUPERIS |

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

_____         _____
Date                                              United States Magistrate Judge

IT IS RECOMMENDED that the Request to Proceed *In Forma Pauperis* be DENIED for the following reason(s):

- ☒ Inadequate showing of indigency
- ☐ District Court lacks jurisdiction
- ☒ Legally and/or factually patently frivolous
- ☐ Immunity as to _____
- ☒ Other: Failure to file the required certified copy of the trust fund account.

Comments:
The Petition appears to be untimely, wholly unexhausted, and fails to state a cognizable claim for habeas relief. On August 7, 2020, the Court issued an Order to Show Cause for these reasons and ordered Petitioner to show cause why this action should not be dismissed. The Order to Show Cause also required Petitioner to file a complete IFP Request or pay the filing fee. Petitioner has not filed a response or otherwise communicated with the court since May 21, 2020.

September 16, 2020                      /s/ Autumn D. Spaeth
Date                                              United States Magistrate Judge

IT IS ORDERED that the Request to Proceed *In Forma Pauperis* is hereby:

- ☐ GRANTED
- ☒ DENIED (see comments above). IT IS FURTHER ORDERED that:
  - ☐ Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
  - ☒ This case is hereby DISMISSED immediately.
  - ☐ This case is hereby REMANDED to state court.

September 17, 2020                      /s/ Gary Klausner
Date                                              United States District Judge